*torney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 626, Misc. DAVIS *v.* SUMMERFIELD, POSTMASTER GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Burger* and *Melvin Richter* for respondent.

No. 627, Misc. HICKS ET UX. *v.* CORBETT ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 628, Misc. LENZ *v.* LOONEY, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for respondent.

No. 629, Misc. HARVEY *v.* MAYO, PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied.

No. 631, Misc. PRATT *v.* DEPARTMENT OF THE ARMY ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Burger* and *Paul A. Sweeney* for respondents.

No. 632, Misc. MOYLE *v.* TEETS, WARDEN. Supreme Court of California. Certiorari denied.

No. 633, Misc. PAGE *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.